UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:22-cr-10211 |
| MARIO DOMINGUEZ-ORTIZ | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

# ASSENTED TO MOTION FOR A RULE 11 HEARING

The defendant, Mario Dominguez Ortiz, by and through his undersigned counsel request a Rule 11 hearing. Defense counsel suggests a date in December 2023.

          Respectfully submitted,

          MARIO DOMINGUEZ-ORTIZ
          By counsel:

By:   */s/ Claudia Lagos*
      Claudia Lagos, BBO 681504
      Scully & Lagos
      10 Post Office Square
      Suite 1330
      Boston, MA 02109

Date: October 26, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that the parties have met and conferred about this motion for a Rule 11 hearing, and that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated:  October 26, 2023　　　　　　　By:　　*/s/ Claudia Lagos*
　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA LAGOS